CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KULVIR SINGH GARCHA,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al*.,<br><br>    Defendants. | Case No. 3:25-cv-07215 TSH<br><br>**STIPULATION TO LIFT THE STAY OF PROCEEDINGS; ORDER** |

    On November 7, 2025, the Court granted the parties' request to stay proceedings until the end of the lapse in appropriations and ordered the parties to submit a joint status by December 18, 2025. Dkt. Nos. 16, 17.  On September 8, 2025, Plaintiff filed his amended complaint.  Dkt. No. 7.

    The parties conferred and agree to the following proposed schedule:

    1.    Defendants will file their motion to dismiss by January 15, 2026.

    2.    Plaintiff will file his opposition by February 16, 2026.

    3.    Defendants will file their reply by March 2, 2026.

    4.    The parties will notice a hearing on Defendants' motion to dismiss for March 19, 2026, at 10:00 a.m.

Stipulation
C 3:25-cv-07215 TSH                       1

The parties respectfully request that the Court grant their stipulation.

Dated:  December 16, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated:  December 16, 2025

 /s/ Flor Marquez
FLOR MARQUEZ, *Pro Hac Vice*
ROBERT B. JOBE
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 16, 2025

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.