CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KULVIR SINGH GARCHA, | No. 3:25-cv-07215-TSH |
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANTS' RESPONSE DEADLINE;** ~~**[PROPOSED]**~~ **ORDER** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | The Honorable Thomas S. Hixson |
| Defendants. | |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before April 14, 2026. The parties make this request because the agency is in the process of reviewing this case following the denial of the Motion to Dismiss and needs a brief period of additional time to prepare their response.

This extension will not impact any other deadlines currently set in this matter.

Dated: March 31, 2026                            Respectfully submitted[1],

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories

STIPULATION; [PROPOSED] ORDER
3:25-CV-07215-TSH                            1

CRAIG H. MISSAKIAN
United States Attorney


*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants


Dated: March 31, 2026                LAW OFFICE OF ROBERT JOBE


*/s/ Flor Marquez*
FLOR MARQUEZ
Attorney for Plaintiff


**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: April 2, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge


listed herein concur in the filing of this document.
STIPULATION; [PROPOSED] ORDER
3:25-CV-07215-TSH                              2

**DECLARATION OF MOLLY A. FRIEND**

I, Molly A. Friend, declare and state as follows:

1.     I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2.     On August 26, 2025, Plaintiff filed the instant Complaint. Dkt. 1. On January 15, 2026, Defendants filed a Motion to Dismiss. Dkt. 22. The Court denied the Motion to Dismiss on March 17, 2026. Dkt. 25.

3.     My office has been conferring with the agency regarding this case and we determined that Defendants need a brief period of additional time to prepare their response. Accordingly, my office contacted Plaintiff's counsel regarding Defendants' request for an extension of time to prepare their response to the complaint, and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  March 31, 2026

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney