CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KULVIR SINGH GARCHA,<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al*.,<br><br>              Defendants. | Case No. 3:25-cv-07215 TSH<br><br>**JOINT STATUS REPORT AND STIPULATION TO PROPOSED BRIEFING SCHEDULE FOR THE PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |

The parties apologize to the Court for their delay in submitting a response by June 30, 2026, due to the need for the parties to confer on the case status and reach agreement on the stipulation. On June 16, 2026, the Court Ordered the parties to submit a joint status report by June 30, 2026. Dkt. No. 29. Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Defendants hereby stipulate and respectfully request the Court to grant the parties' proposed schedule for their cross motions for summary judgment. The parties request the following schedule:

    1.     Defendants will serve Plaintiff with a copy of the certified administrative record by August 14, 2026.

    2.     Plaintiff will file his motion for summary judgment by September 1, 2026.

    3.     Defendants will file their cross motion for summary judgment and opposition to

Stipulation
C 3:25-cv-07215 TSH                 1

Plaintiff's motion by September 16, 2026.

4.      Plaintiff will file his reply and opposition to Defendants' motion for summary judgment by October 1, 2026.

5.      Defendants will file their reply in support of their motion for summary judgment by October 16, 2026.

The hearing on the parties' cross motions for summary judgment to be set by the Court.

Dated: July 1, 2026                                    Respectfully submitted,[1]

                                                       CRAIG H. MISSAKIAN
                                                       United States Attorney


                                                        /s/ Molly A. Friend
                                                       MOLLY A. FRIEND
                                                       Assistant United States Attorney
                                                       Attorneys for Defendants



Dated: July 1, 2026                                     /s/ Flor Marquez
                                                       FLOR MARQUEZ, *Pro Hac Vice*
                                                       ROBERT B. JOBE
                                                       Attorneys for Plaintiff




                              ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 2, 2026

                                                       THOMAS S. HIXSON
                                                       United States Magistrate Judge

---

[1]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:25-cv-07215 TSH                          2