Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
100 Bush, Suite 1300
San Francisco, CA 94104
Ph: 415-956-5513
Email: federal@jobelaw.com; bob@jobelaw.com; eoir@jobelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KULVIR SINGH GARCHA,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No.: 3:25-cv-07215-TSH<br><br>**STIPULATION TO EXTEND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT DEADLINE; ORDER**<br><br>The Honorable Thomas S. Hixson |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Plaintiff's Motion for Summary Judgment. Plaintiff will file his Motion for Summary Judgment on or before September 3, 2026. The parties make this request because Plaintiff's counsel inadvertently calendared the deadline for filing the motion for the incorrect date. Upon discovering the calendaring error, counsel promptly took steps to correct the error and respectfully requests that the Court extend the applicable deadline for a brief period.

Date: September 2, 2026

Respectfully submitted,

LAW OFFICE OF ROBERT B. JOBE

*/s/Robert B. Jobe*
Robert B. Jobe

Attorney for Plaintiff

Date: September 2, 2026

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 8, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge