CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KULVIR SINGH GARCHA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | No. 3:25-cv-07215-TSH<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE; ~~[PROPOSED]~~ ORDER**<br><br>The Honorable Thomas S. Hixson |

The parties, through their undersigned attorneys, hereby respond to the Court's Order of September 8, 2026 (Dkt. 36) and stipulate to a continuation for the current briefing schedule on the parties' cross-motions for summary judgment. On July 2, 2026, the Court granted the parties' stipulation to set a briefing schedule. Dkt. 31. On September 2, 2026, the parties filed a stipulation seeking an extension of time for Plaintiff to file his Motion for Summary Judgment. Dkt. 33. The stipulation was silent as to the remaining briefing schedule and the parties apologize for the oversight. The parties now stipulate and respectfully request the Court continue the remaining schedule as follows:

Defendants will file their cross-motion for summary judgment by September 23, 2026

Plaintiff will file his reply and opposition by October 7, 2026

Defendants will file their reply by October 23, 2026.

This continuance will not impact any other deadlines in this matter.

Dated: September 16, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: September 16, 2026

LAW OFFICE OF ROBERT JOBE

*/s/ Robert Jobe*
Robert Jobe
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 17, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.