CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KULVIR SINGH GARCHA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | No. 3:25-cv-07215-TSH<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE; ~~[PROPOSED]~~ ORDER**<br><br>The Honorable Thomas S. Hixson |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court continue the current briefing schedule on summary judgment. On September 17, 2026, the Court granted the Parties' request to continue the current schedule. Dkt. 39. The Parties have been meeting and conferring about a possible administrative resolution and need additional time to determine if an agreement can be reached. As such, subject to the Court's approval, the Parties stipulate to continue the current schedule as follows:

Defendants will file their cross-motion for summary judgment by October 7, 2026

Plaintiff will file his reply and opposition by October 21, 2026

Defendants will file their reply by November 6, 2026.

This continuance will not impact any other deadlines in this matter.

Dated: September 25, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: September 25, 2026

LAW OFFICE OF ROBERT JOBE

*/s/ Robert Jobe*
Robert Jobe
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 28, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.