CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KELSEY HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6488
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KULVIR SINGH GARCHA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-07215 TSH<br><br>**STIPULATION TO A REVISED BRIEFING SCHEDULE; ~~[PROPOSED]~~ ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court continue the current briefing schedule on summary judgment. On September 28, 2026, the Court granted the Parties' request to extend the briefing schedule. Dkt. No. 41. The parties make this request because the Assistant United States Attorney ("AUSA") handling this matter for Defendants departed the United States Attorney's Office, and the case will need to be transferred to a new AUSA. The new AUSA will need additional time to review the matter and prepare a response. The parties also continue to meet and confer about a possible administrative resolution of this matter, and required additional time to determine if an agreement can be reached, especially due to the change in counsel for Defendants. The parties, subject to the Court's approval, stipulate to a revised briefing schedule:

1. Defendants will file their cross-motion for summary judgment by November 6, 2026.

2. Plaintiff will file his reply and opposition by November 20, 2026.

3. Defendants will file their reply by December 7, 2026.

Dated: October 7, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey Helland*
KELSEY HELLAND
Assistant United States Attorney
Attorneys for Defendants

Dated: October 7, 2026

*/s/ Robert B. Jobe*
ROBERT B. JOBE
Attorneys for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 8, 2026

THOMAS S. HIXSON
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.